

**James J. Harrington | CPA, CFF, CVA | Director**

T 248.283.0222 • M 586.764.2595 • E jharrington@mdd.com • 3155 W. Big Beaver, Suite 205 • Troy, MI 48084

## Position

Matson, Driscoll & Damico, LLP – (2018 – Present)
Alvarez & Marsal – (2009 - 2018)
Navigant Consulting – (2004 – 2009)
Tucker Alan, Inc. – (1998 – 2004)
Shore & Azimov – (1997 – 1998)
Parker Wittus – (1995 – 1997)

## Professional Experience

> Professional concentration in matters related to intellectual property disputes, licensing disputes, fraud investigations, mutual fund analysis and securities disputes, claims for increased costs, business interruption loss, breach of contract, accounting investigations and other commercial disputes. Provided expert testimony in matters pending in state court, federal court and arbitration forums.

> Industry experience in agriculture, automotive, cannabis, chemicals, computers, construction, consumer products, electronics, food service, manufacturing, mining, retail, securities, software, surgical/medical equipment and telecommunications.

## Intellectual Property Matters

> Extensive experience on intellectual property assignments including patent infringement matters, trademark infringement, trade secrets and other intellectual property claims involving lost profits, price erosion, reasonable royalty, unjust enrichment, disgorgement of profits, and pre-judgment and post judgment interest calculations.

> Prepared expert reports on damages issues in connection with intellectual property matters. Deposition and trial testimony also provided.

## Patent Infringement Matters

> Analysis performed on numerous lost profit claims associated with lost unit sales, lost convoyed sales, price erosion, market share erosion, lost head start and other claims of lost profits. Calculated and analyzed the incremental profit for patented products and processes, as well as accused products and processes. Addressed market share issues to evaluate the appropriateness of lost profit claims based on a market share approach. Developed detailed knowledge of leading cases relevant to lost profit damages including Panduit, Rite-Hite, Grain Processing, State Industries v. Mor-Flo and others. Provided expert trial testimony addressing claims of lost profit.

> Retained as the testifying expert on behalf of the patentee in a design patent infringement matter. Patent related to the design of a cell phone charger. Prepared an expert report addressing the amount of profit earned by the defendants on the accused sales. Provided expert deposition testimony on the damages issues.

> Performed reasonable royalty analysis on numerous patent infringement matters. Reasonable royalty analysis included consideration of the Georgia Pacific factors as they relate to the hypothetical negotiation. Reasonable royalty analysis has included consideration and analysis of existing licenses and their comparability to the hypothetical negotiation, established license rates, analytical methods, cost savings, profit improvement, apportionment issues and other considerations. Considered the appropriateness of the entire market value rule in determining the appropriate royalty base. Developed detailed knowledge of leading cases related to reasonable royalty determinations including Georgia Pacific, Panduit, Cornell v. Hewlett Packard, Lucent v. Gateway, Uniloc v. Microsoft, and others. Expert trial testimony included reasonable royalty analysis and reasonable royalty rate determinations.



**James J. Harrington | CPA, CFF, CVA | Director**

T 248.283.0222 • F 734.939.0173 • E jharrington@mdd.com • 3155 W. Big Beaver, Suite 205 • Troy, MI 48084

## Licensing Disputes

- Analyzed consideration received from licensors on multiple licenses to determine whether more favorable terms were granted to one licensee. Net present value analysis of avoided royalties was applied to calculate possible value of cross-licensing terms.
- Performed royalty audit on behalf of a licensor. Audit included analysis and verification of royalty reports. Analysis included testing of reported sales values included in the royalty base and identification of omitted sales subject to royalties.

## Trademark Matters

- Analyzed actual damages claim related to the use of an alleged infringing trademark. Analysis included the apportionment of the defendant's revenues and profits between infringing and non-infringing sales. Analyzed reasonable royalty considerations related to the asserted trademarks.

## Trade Secrets Matters

- Analyzed actual damages assertions including lost profits and lost value of alleged trade secrets. Considered and analyzed the possible unjust enrichment to the defendant for trade secret disclosure including cost savings and shortened time to market. Also examined reasonable royalty for use of trade secrets.

## Copyright Matters

- Addressed claims of unjust enrichment and disgorgement of profit. Analyzed costs properly considered in determining amount of profit earned on infringing sales. Also addressed claims related to profits on non-infringing sales. Provided expert deposition testimony addressing these issues.

## Forensic Accounting Investigations

- Assisted in a forensic accounting investigation as part of a team supporting the examiner's financial advisor in the bankruptcy proceedings of a major multinational casino operating company. Engagement involved investigating and reporting on several highly complex pre-petition transactions completed by the debtor.
- Analyzed donations received by our client, a charitable organization assisting underprivileged children in Iraq, to determine whether donations made to a related church were being commingled with the charity's funds. Analysis included donations of over $1.2 million covering a five-year period. Reported findings to the charity's management team and members of the board of directors.
- Analyzed historical revenues and expenses of a large apartment complex to assess whether the property manager was improperly using partnership assets for personal gain. Analysis involved review of reported monthly rental revenue and expenditures over a seven-year period in order to identify unusual trends or questionable expenditures.
- Assisted in a fraud investigation relating to alleged excessive/improper reporting of travel and entertainment expenses by the officer of a large not-for-profit organization. Analysis included the review and compilation of expenses reported over a three-year period to evaluate the appropriateness of the expenditures.

## Other Commercial Disputes and Damages Studies

- Analyzed historical sales and financial performance of terminated OEM dealerships to be considered in arbitration proceedings addressing the dealership's claims of improper termination. Provided expert testimony on behalf of the OEM at arbitration.



**James J. Harrington | CPA, CFF, CVA | Director**

T 248.283.0222 • F 734.939.0173 • E jharrington@mdd.com • 3155 W. Big Beaver, Suite 205 • Troy, MI 48084

> Prepared analysis quantifying claimed lost profits experienced by our client, a Tier 2 automotive supplier, resulting from a claimed breach of a requirements contract by its customer, a Tier 1 supplier.  Analysis included determining the amount of lost sales over a forty-two month period and identifying and calculating incremental costs associated with the claimed lost sales.  Issued an expert report presenting the analysis and lost profit conclusion and provided deposition testimony.

> Analyzed alleged improper commercial construction loan draws made by the general contractor retained by our client to manage the construction of a local fast-food restaurant. Analysis included determining whether the incurred cost amounts reflected in the sworn statements submitted by the contractor had actually been incurred for work completed by the contractor and subcontractors. Provided a report of our findings and provided expert testimony at arbitration.

> Retained to analyze lost profits claim on behalf of our client, a provider of banking and payment services to medical and recreational cannabis dispensaries and suppliers. Analysis included the determination of existing cannabis wholesale and retail markets in Michigan and Illinois and long-term potential growth trends to support and quantify future lost profit damages.

> Reviewed and analyzed claims of increased costs by our client, a national pizza chain, related to the cancellation of a planned national advertising program based on a "scratch and win" game.  Analysis included identifying and calculating additional costs incurred as a direct result of the game cancellation as well as costs incurred in development of the game which resulted in no direct economic benefit to our client.

> In an antitrust matter, performed analysis to rebut claims of below cost pricing on sales made to a major home improvement retail chain.  Analysis included the examination of contract selling prices and incremental costs on the accused products and an allocation of one-time rebates and advertising allowances provided to the retailer.

## Mutual Funds and Securities Disputes

> Prepared analysis on trading activities by a mutual fund company executive accused of market timing and other improper trading activity in international and small cap mutual funds.  Analysis was performed using daily transactional data for a five-year period on several accounts controlled by the executive.  The data was analyzed to identify trading patterns, holding days in equity funds and trading gains and losses realized through longer term holding periods.

> Analyzed a hedge fund company's investment experience in detail to determine the historical return achieved from its investments in mutual funds.  Reviewed and analyzed daily trading positions for the hedge fund between money market accounts and equity-oriented mutual funds, confirmed and reconstructed historical trading data, computed daily, monthly and annual returns for the hedge fund from its mutual fund investments and compared the hedge fund's returns to market indexes. We also identified and summarized academic studies addressing excess returns available from actively trading no-load mutual funds based upon movements in the domestic market and other variables.

## Certifications & Memberships

American Institute of Certified Public Accountants
Michigan Association of Certified Public Accountants
National Association of Certified Valuators and Analysts

## Speaking Engagements

Michigan Association of Certified Public Accountants Litigation and Business Valuation Conference, June 2004, *"Damages Issues in Patent Infringement Matters".*

## Education

1995 Bachelor of Science, Accounting – Oakland University - Rochester, MI



## Summary of Expert Testimony

- Lynch Road Industrial, LLC v. Axle of Dearborn, Inc. d/b/a, Detroit Axle, State of Michigan, 3rd Judicial Circuit Court (Expert Report and Deposition testimony), 2024

- Flipsi, Ltd. v. TOMY International, Inc., U.S. District Court, Northern District of Illinois, Eastern Division (Expert Reports and Deposition testimony), 2024

- Michael Patrick Parrent v. Jeffrey Marvin Roggenbuck, et.al., State of Michigan, Circuit Court for the County of Wayne (Expert Report and Deposition testimony) 2024

- Richard Sarfoh v. Harold Sullivan, American Arbitration Association, Case No. 01-22-0005-2288 (Expert Report and Arbitration testimony), 2023

- Encompass Pet Group, LLC d/b/a SmartPetLove and Snuggle Pet Products, LLC v. Allstar Products Group, LLC, and Allstar Marketing Group, LLC, U.S. District Court, Eastern District of Michigan, Southern Division (Expert Reports and Deposition testimony), 2023

- Triage Logic Management & Consulting, LLC v. PQCTech, LLC, et. al., U.S. District Court, Western District of Missouri, Western Division (Expert Report and Deposition testimony), 2023

- Stephanie Campbell v. Gannett Company, Inc., et.al., U.S. District Court, Western District of Missouri, (Expert Report and Deposition testimony), 2022

- Sportspower, Ltd. v. Crowntec Fitness Mfg. Ltd., U.S. District Court, Eastern District of Texas, Sherman Division (Expert Report and Deposition testimony), 2021

- Assessment Technologies Institute, LLC v. Cathy Parkes, U.S. District Court, District of Kansas (Expert Report and Deposition testimony), 2021

- 955 S. Monroe, LLC and Anthony E. Porter v. D&R Maintenance Management, Inc. and Jason M. D'Herin, 38th Circuit Court, Monroe, MI (Expert Report and Arbitration testimony), 2020

- Sportspower, Ltd. v. Crowntec Fitness Mfg. Ltd., U.S. District Court, Central District of California (Expert Report and Deposition testimony), 2019

- Hain Blueprint, Inc., v. Blueprint Coffee, LLC, U.S. District Court, Eastern District of Missouri, Eastern Division (Expert Report and Deposition testimony), 2018

- Star Chrysler, Inc. (d/b/a Bill Kay's Naperville Chrysler) v. Chrysler Group LLC, AAA No. 51-532-000113-10 (Arbitration testimony), 2010

- Ogden Chrysler, Inc. (d/b/a Bill Kay's Chrysler of Downers Grove) v. Chrysler Group LLC, AAA No. 51-532-000114-10 (Arbitration testimony), 2010

- Magnadyne Corporation v. Best Buy Co., Inc. and Ever Win International Corporation, U.S. District Court, Central District of California (Expert Report and Deposition testimony), 2010

- Martin Gubb v. P&M Services, Inc., U.S. District Court, Eastern District of Michigan, Southern Division (Expert Report, Deposition and Trial testimony), 2007

- Q.C. Onics Ventures, LP v. Johnson Controls, Inc., U.S. District Court, Northern District of Indiana, Fort Wayne Division (Expert report and Deposition testimony), 2005