Respondent's Appendix

1.   Plaintiff's Initial Disclosure Coversheet….pages 1-10

2.   Harrington Disclosure……………………..pages 11-17

3.   Bates Log…………………………………..pages 18-21

4.   Bates Label Stipulation …………….…… pages 22-25

**Plaintiff's Initial Disclosure Coversheet**

1

# IN THE UNITED STATES DISTRICT COURT  FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23cv-03394- RNR-NRN

AQUA SIERRA,INC., a Colorado
Corporation,

Plaintiff,

v.                                                    **JURY TRIAL DEMANDED**

COLORADO POND AND LAKE, LLC, a
Colorado Limited Liability Company, et al.

Defendants,

## PLAINTIFF AQUA SIERRA, INC.'S RULE 26(a) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and D.C.COLO.LCivR 16.1,

Plaintiff, AQUA SIERRA, INC.,  makes the following initial disclosures:

### A. Witnesses

The following individuals are likely to have discoverable information that AQUA SIERRA, INC.

may use to support its claims:

(See Spreadsheet of witnesses and contact information attached as Exhibit 1 attached hereto.  A

digital copy of this Exhibit has been provided to counsel for Defendant.)

### B. Documents and Tangible Things

The following is a description by category and location of all documents, electronically stored

information, and tangible things in AQUA SIERRA, INC'S possession, custody, or control that

AQUA SIERRA, INC. may use to support its claims:

1

2

1. Documents regarding the following topics have been delivered electronically to counsel for Defendants:

   (a)  Correspondence;

   (b)  Damages;

   (c)  Employee Matters;

   (d)  Forensic Reports;

   (e)  Jefferson County District Attorney and Jefferson County Sherriff's Office Investigation;

   (f)  Photos;

   (g)  Videos; and

   (h)  Witness list and Contact Information.

**C. Computation of Damages**

The following is a computation of each category of damages claimed by AQUA SIERRA, INC.

Documents supporting each claim will be made available for inspection and copying at the office

of Plaintiff's counsel when the experts are identified and the supplemental reports issued.

2

3

1. Lost Profits

   A. Gross Profit and Gross Income were derived from the ASI-provided financials for the period of 2012 through 2023.

   B. Microsoft Forecasting application was utilized to forecast values for 2021 through 2023. This application is summarized by Microsoft as follows.

2. Methodology

   A. ASI Gross Profit was extracted from ASI-provided accounting records. The analysis was for the five accounting functions of Consulting, Installation, Maintenance, Chemical and Fish.

   B. Forecast Total Income: Utilizing the Microsoft Forecast application, Total Income for the years 2021 through 2023 were forecast based on the nine years of 2012 through 2020.

   C. Forecast Gross Margin: Utilizing the Microsoft Forecast application, Gross Profit margins were forecast for the years 2021 through 2023 based upon the years 2012 through 2020.

4

D.   Forecast Damages: Utilizing the Microsoft Forecast application, Total Income and Forecast Gross Profit Margins, the variance to actual ASI results for the years 2021 through 2023 were calculated.

E.   Result: The resulting Forecast Gross Profit Damages is $469,770.00 at a minimum and as of December 31, 2023. It is probable damages will continue to accrue.

F.   Limitations: The above analysis represents a mathematical process identifying damages caused by Defendants. This is an initial analysis subject to further supplementation by expert(s), including, but not limited to exemplary damages, statutory damages, attorney's fees, costs, pre- and post judgement interest, etc.— and otherwise determined by expert(s).

3.   Unjust Enrichment

This computation is based on the amount of monetary damage the Defendants derived from the misappropriation.  This is be based upon the amount of business lost by Plaintiff that was taken by Defendants.

4

4.   Royalties

This computation only comes into play if neither damages nor unjust enrichment caused by misappropriation are provable.

5.   Exemplary Damages

If willful and malicious misappropriation exists, the court may award exemplary damages.

6.   Reasonable Attorney Fees and costs

Total damages claim: Unknown at this time, but it certainly exceeds $500,000.00

**D. Insurance**

Plaintiff is not aware of any insurance agreement(s) that may cover all or part of a possible judgment in this case.

Dated: May 14, 2024
Respectfully Submitted,

5

_s/John P. Schmitz,Esq._
Law Offices of John P. Schmitz, P.C.
1001 Bannock Street, Suite #426
Denver, CO 80204
Telephone: (303) 219-9430
E-mail: john@schmitzlegal.com;
Attorney for Plaintiff

_s/Charles Thorne_
Law Offices of John P. Schmitz, P.C.
1001 Bannock Street, Suite #426
Denver, CO 80204
Telephone: (303) 330-1455
E-mail: thorne@schmitzlegal.com
Attorney for Plaintiff

7

| NO | NAME | EMPLOYER | ADDRESS | PHONE | EMAIL | SUBJECT OF TESTIMONY |
|---|---|---|---|---|---|---|
| | William Logan | ASI FOUNDER | 8350 S. Mariposa Dr., Morrison, CO 80465 | (303) 907-2468 | williamlogan@english-sports.com | Founding of company, his role, gathering 30 years experience, creating Proprietary information for ASI, ASI business records and practices. His contacts with each of the defendants and the damages they have caused to his business. |
| | Tiffani Muniz, Controller | CC Riff, Inc. | 3440 Youngfield St. FMB 418, Wheat Ridge, CO 80033 | (720) 868-8200 | tiffani@ccriff.co | Accounting records and sales records for the years from 2015 through to the present. |
| | Kendra Holmes | ASI President | | (303) 960-9188 | kendraholmes@infokey.net | ASI President will testify as to employment of Defendants, their job performance while At ASI, the decision on job performance by Sims, Security and protection of Trade Secrets, the value of the information, the fact that it is protected information. She will testify as to Security arrangements and protocols to ensure security for trade Secrets, including the use of Passwords, and overall security methodology. She will also testify that the trade Secrets provided an economic value to ASI |
| | Craig Bernard | Cyppso-President | 8668 Concord Dr., Englewood, CO 80112 | 303-872-9231 | craigbernard@hotmail.com | Forensic Analysis Report-Examination of Computer network-Report dated June 24, 2021 |
| | Christian Nammuerda | Vestige, Ltd. Designated Rep. for Colo Pond and Lake | | | | Same as above with Supplemental report |
| | Silas Sims | Colo. Pond and Lake | | | | |
| | Phillip Heysman | Colo. Pond and Lake | | | | |
| | Noel Browning | Colo. Pond and Lake | | | | |
| | Forrest Morgan | Morgan & Associates,LLC | 1873 S. Bellaire St., Ste. 1200, Denver, CO 80222 | | forensicmorgan@xfinity.net | Evidence retention letters |
| | **All persons who worked at ASI 2015-present** | **Employment History** | | | | |
| 7 | Robert Forsyth | 01/1990 to present (part-time, engineer) | Bailey, CO | (720) 299-3606 | | |
| 9 | Brian Shipley | 01/1991 to 12/2023 (maintenance technician) | 620 S. Overland Trl., Fort Collins, CO 80521 | (303) 218-8675 | bretdefotr4@gmail.com | |
| # | Greg Stayles | 5/16/2018 to 04/2022 (biologist) | 3125 Perry St., Denver, CO 80212 | (603) 359-0949 | | |
| # | Kate Gonzalez | 03/2020 to 08/2021 (biologist) | Colorado Springs, CO | (219) 229-3546 | kgonzalez201542@hotmail.com | |
| # | Brandon McKinney | 10/2020 (subcontractor) | Denver, CO | (720) 409-2792 | | Stated that Silas and Phil, while on an ASI Cattail Management Project in September/October 2020, discussed starting their own business. Brandon was a tenant of Mrs. Holmes and this conversation occurred May/June 2021 when his lease ended. |
| # | Justin Hubertz | 10/2020 (subcontractor) | Colorado Springs, CO | (303) 667-7515 | | Justin also worked on the same project with Brandon, Silas, and Phil in September/October 2020. He is now married to Kate (employee; see above) |
| # | Matt Meier | 04/2018 to 02/2020 (biologist) | Alabama | (303) 246-5495 | | |
| # | Nick Faruso-Husback | 07/2018 to 09/2018 (intern) | Unknown | (303) 667-7515 | | |
| # | David Buonomo | 05/2019 to 12/2019 (intern, marketing) | United Nations University | (970) 402-1284 | david.f.buonomo@gmail.com | |
| # | Ethan Wood | 05/2016 to 12/2017 (biologist) | University of Oslo, Sweden | (802) 922-6867 | | |

| # | Name / Role | Audience / Dates | Location | Phone / Client Type | Email | Notes |
|---|---|---|---|---|---|---|
| # | Jeff Rodriguez | 05/2017 to 10/2017 (intern) | Unknown | (970) 980-5160 | | |
| # | Jennifer Decker | 02/2015 to 02/2016 (part-time data only) | Morrison, CO | (303) 931-2206 | | |
| # | Jerome Jameson | 04/2015 to 04/2016 (maintenance technician) | Unknown | (303) 720-9840 | | |
| # | Erin Stewart | 01/2008 to 10/2016 (biologist) | Conifer, CO | (720) 556-8696 | | Worked with Noel at Solitude |
| # | William McBride | 01/2000 to 12/2015 (maintenance technician) | Conifer, CO | (303) 809-2540 | | |
| | **All suppliers who claimed Sims made statements...** | | | | | |
| 1 | Scott Weiver | Spotted Tail Fish Hatchery | 1546 18th Rd., Mitchell, NE 69357 | (303) 506-9416 | | In 2022, Sims asked for a sole-sourced supplier deal |
| | **Expert Witness to testify regarding damages** | | | | | |
| | An unidentified Aqua Biologist | | | | | To testify as to Trade Secrets in the Industry of Lake and pond water treatment and the value they bring to the owner. |
| | An unidentified Certified Public Accountant | | | | | To testify as to damages in this case. |
| | An unidentified Statistician | | | | | To testify as to the methodology of calculating damages and the damages suffered by Plaintiff. |
| | An unidentified Forensic Analyst | | | | | Will testify as to the methodology of approach to the supplemental report to be issued in the future. |
| | All Members of the Jefferson County Sheriff's deputies or investigators | | | | | |
| | Deputy Cheyenne Hudson | Jeffco Sheriff's Office | 200 Jefferson County Pkwy., Golden, CO 6401 | (303) 271-5146 | | Involved in criminal investigation of Silas Sims |
| | Detective Daniel Manka | Jeffco Sheriff's Office | 201 Jefferson County Pkwy., Golden, CO 6401 | (303) 271-5146 | dmanka@jeffco.us | Involved in criminal investigation of Silas Sims |
| | **All Members of the Jefferson County District Attorney's Office** | | | | | |
| | Criminal Investigator Joseph Montoya | Jefferson County DA Office | 500 Jefferson County Pkwy., District Attorney Bldg., Golden, CO 80401 | (303) 271-6877 | | Involved in criminal investigation of Silas Sims |
| | District Attorney Carolyn O'Hare | Jefferson County DA Office | 501 Jefferson County Pkwy., District Attorney Bldg., Golden, CO 80401 | (303) 271-6900 | cohare@jeffco.us | Involved in criminal investigation of Silas Sims |
| | **Ramos Law podcast Gentleman** | | | | | |
| | **Representatives from clients and former clients** | | | | | |
| 1 | Tarfly McLaughlin | Pine Grove HOA | | | | Regarding solicitation of business by CPL |
| 2 | Harold Klausner | Perfect Drift | | | | Picture of property taken while they were an ASI client. Client is on CPL social media. Owes ASI $$ |

| | **Targeted clients and former clients** | **Audience** | **Location** | **Client Type** |
|---|---|---|---|---|
| 1 | Brian Crites | Followed on Social Media | Avondale, Colorado | Fish |
| 2 | Colorado Cattle Company | Followed on Social Media | Raymer, Colorado | Fish |

| # | Name | Connection | Location | Services | Notes |
|---|------|-----------|----------|----------|-------|
| 3 | David Morse | Followed on Social Media | Glenwood Springs, Colorado | Fish | Owes AG $$ |
| 4 | Donna Harper | Followed on Social Media | Basalt, Colorado | Pond Management, Equipment Maintenance, & Fish | |
| 5 | Dunton Hot Springs | Followed on Social Media | Dolores, Colorado | Fish | |
| 6 | Live Water Properties | Followed on Social Media | Colorado | Pond Management, Equipment Maintenance, & Fish | |
| 7 | Robert Barnes | Followed on Social Media | Basalt, Colorado | Pond Management, Equipment Maintenance, & Fish | |
| 8 | Steve Clecatch | Followed on Social Media | Telluride, Colorado | Pond Management, Equipment Maintenance, & Fish | |
| 9 | Sally Cole | Followed on Social Media | Basalt, Colorado | Pond Management & Equipment Maintenance | |
| # | Reuter Hess Reservoir | Request for Proposal | Parker, Colorado | Reserve Management & Fish | Targeted project files that were copied and/or deleted |
| # | Brce Kalvh (with Rolling J Ranch) | Tagged on Social Media | Leadville, Colorado | Trout | |
| # | Rolling J Ranch | Tagged on Social Media | Leadville, Colorado | Trout | |
| # | Wellington Lake | Tagged on Social Media | Bailey, Colorado | Trout & Surveying | |
| # | Evergreen Lake | Website | Evergreen, Colorado | Aeration | Bathymetry map on CPL website |

# Harrington Disclosure

**From:** **John Schmitz** john@schmitzlegal.com
**Subject:** ASI v CPL et al. ASI Damages Expert per Protective Order
**Date:** November 5, 2024 at 4:52 PM
**To:** Ken Falkenstein kfalkenstein@coloradolawyers.com
**Cc:** Stanley Thorne thorne@schmitzlegal.com, Patrick Canty patrick@schmitzlegal.com
**Bcc:** John Schmitz john@schmitzlegal.com

Ken,

Per the Protective Order, please find the request/intent of ASI to disclose certain documents CPL turned over, or will be turned over in discovery, marked "HIGHLY CONFIDENTIAL" (treated as HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY per agreement of 10.28.2024), marked "HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY," and Invoices to be produced pursuant to the Order [ECF 53] marked "HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY." Damages Expert is Mr. James Harrington of, and employed by, Matson, Driscoll & Damico, LLP. Attached is Mr. Harrington's CV.

Best,

John P. Schmitz, Esq.

Licensed in CO & CA
www.schmitzlegal.com
john@schmitzlegal.com

LAW OFFICES OF JOHN P. SCHMITZ, P.C.
1001 Bannock Street
Suite #426
Denver, CO 80204
Telephone: 303.219.9430
Facsimile: 1.866.903.0052

-Attorney Client Privileged-

All Client(s)' legal rights and privileges are not waived and are expressly hereby reserved. All rights and privileges are cumulative and not exclusive.

Any settlement offer contained in this email is made pursuant to FRE 408 or its state law equivalent.

Pursuant to the rules of professional conduct set forth in Circular 230, as promulgated by the United States Department of the Treasury, nothing contained in this communication was intended or written to be used by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer by the Internal Revenue Service, and it cannot be used by any taxpayer for such purpose.

Revenue Service, and it cannot be used by any taxpayer for such purpose.
 No one, without our express prior written permission, may use or refer to any tax
advice in this communication in promoting, marketing, or recommending
a partnership or other entity, investment plan or arrangement to any other party.

**James Harrington CV
and Testimony.pdf** 



A Davies Company

# James J. Harrington | CPA, CFF, CVA | Director

T 248.283.0222 ◦ M 586.764.2595 ◦ E jharrington@mdd.com ◦ 3155 W. Big Beaver, Suite 205 ◦ Troy, MI 48084

## Position

Matson, Driscoll & Damico, LLP – (2018 – Present)
Alvarez & Marsal – (2009 - 2018)
Navigant Consulting – (2004 – 2009)
Tucker Alan, Inc. – (1998 – 2004)
Shore & Azimov – (1997 – 1998)
Parker Wittus – (1995 – 1997)

## Professional Experience

> Professional concentration in matters related to intellectual property disputes, licensing disputes, fraud investigations, mutual fund analysis and securities disputes, claims for increased costs, business interruption loss, breach of contract, accounting investigations and other commercial disputes. Provided expert testimony in matters pending in state court, federal court and arbitration forums.

> Industry experience in agriculture, automotive, cannabis, chemicals, computers, construction, consumer products, electronics, food service, manufacturing, mining, retail, securities, software, surgical/medical equipment and telecommunications.

## Intellectual Property Matters

> Extensive experience on intellectual property assignments including patent infringement matters, trademark infringement, trade secrets and other intellectual property claims involving lost profits, price erosion, reasonable royalty, unjust enrichment, disgorgement of profits, and pre-judgment and post judgment interest calculations.

> Prepared expert reports on damages issues in connection with intellectual property matters. Deposition and trial testimony also provided.

## Patent Infringement Matters

> Analysis performed on numerous lost profit claims associated with lost unit sales, lost convoyed sales, price erosion, market share erosion, lost head start and other claims of lost profits. Calculated and analyzed the incremental profit for patented products and processes, as well as accused products and processes. Addressed market share issues to evaluate the appropriateness of lost profit claims based on a market share approach. Developed detailed knowledge of leading cases relevant to lost profit damages including Panduit, Rite-Hite, Grain Processing, State Industries v. Mor-Flo and others. Provided expert trial testimony addressing claims of lost profit.

> Retained as the testifying expert on behalf of the patentee in a design patent infringement matter. Patent related to the design of a cell phone charger. Prepared an expert report addressing the amount of profit earned by the defendants on the accused sales. Provided expert deposition testimony on the damages issues.

> Performed reasonable royalty analysis on numerous patent infringement matters. Reasonable royalty analysis included consideration of the Georgia Pacific factors as they relate to the hypothetical negotiation. Reasonable royalty analysis has included consideration and analysis of existing licenses and their comparability to the hypothetical negotiation, established license rates, analytical methods, cost savings, profit improvement, apportionment issues and other considerations. Considered the appropriateness of the entire market value rule in determining the appropriate royalty base. Developed detailed knowledge of leading cases related to reasonable royalty determinations including Georgia Pacific, Panduit, Cornell v. Hewlett Packard, Lucent v. Gateway, Uniloc v. Microsoft, and others. Expert trial testimony included reasonable royalty analysis and reasonable royalty rate determinations.



A Davies Company

## James J. Harrington | CPA, CFF, CVA | Director

T 248.283.0222 ▪ F 734.939.0173 ▪ E jharrington@mdd.com ▪ 3155 W. Big Beaver, Suite 205 ▪ Troy, MI 48084

### Licensing Disputes

> Analyzed consideration received from licensors on multiple licenses to determine whether more favorable terms were granted to one licensee. Net present value analysis of avoided royalties was applied to calculate possible value of cross-licensing terms.

> Performed royalty audit on behalf of a licensor. Audit included analysis and verification of royalty reports. Analysis included testing of reported sales values included in the royalty base and identification of omitted sales subject to royalties.

### Trademark Matters

> Analyzed actual damages claim related to the use of an alleged infringing trademark. Analysis included the apportionment of the defendant's revenues and profits between infringing and non-infringing sales. Analyzed reasonable royalty considerations related to the asserted trademarks.

### Trade Secrets Matters

> Analyzed actual damages assertions including lost profits and lost value of alleged trade secrets. Considered and analyzed the possible unjust enrichment to the defendant for trade secret disclosure including cost savings and shortened time to market. Also examined reasonable royalty for use of trade secrets.

### Copyright Matters

> Addressed claims of unjust enrichment and disgorgement of profit. Analyzed costs properly considered in determining amount of profit earned on infringing sales. Also addressed claims related to profits on non-infringing sales. Provided expert deposition testimony addressing these issues.

### Forensic Accounting Investigations

> Assisted in a forensic accounting investigation as part of a team supporting the examiner's financial advisor in the bankruptcy proceedings of a major multinational casino operating company. Engagement involved investigating and reporting on several highly complex pre-petition transactions completed by the debtor.

> Analyzed donations received by our client, a charitable organization assisting underprivileged children in Iraq, to determine whether donations made to a related church were being commingled with the charity's funds. Analysis included donations of over $1.2 million covering a five-year period. Reported findings to the charity's management team and members of the board of directors.

> Analyzed historical revenues and expenses of a large apartment complex to assess whether the property manager was improperly using partnership assets for personal gain. Analysis involved review of reported monthly rental revenue and expenditures over a seven-year period in order to identify unusual trends or questionable expenditures.

> Assisted in a fraud investigation relating to alleged excessive/improper reporting of travel and entertainment expenses by the officer of a large not-for-profit organization. Analysis included the review and compilation of expenses reported over a three-year period to evaluate the appropriateness of the expenditures.

### Other Commercial Disputes and Damages Studies

> Analyzed historical sales and financial performance of terminated OEM dealerships to be considered in arbitration proceedings addressing the dealership's claims of improper termination. Provided expert testimony on behalf of the OEM at arbitration.



A Davies Company

# James J. Harrington | CPA, CFF, CVA | Director

T 248.283.0222 ∘ F 734.939.0173 ∘ E jharrington@mdd.com ∘ 3155 W. Big Beaver, Suite 205 ∘ Troy, MI 48084

> Prepared analysis quantifying claimed lost profits experienced by our client, a Tier 2 automotive supplier, resulting from a claimed breach of a requirements contract by its customer, a Tier 1 supplier. Analysis included determining the amount of lost sales over a forty-two month period and identifying and calculating incremental costs associated with the claimed lost sales. Issued an expert report presenting the analysis and lost profit conclusion and provided deposition testimony.

> Analyzed alleged improper commercial construction loan draws made by the general contractor retained by our client to manage the construction of a local fast-food restaurant. Analysis included determining whether the incurred cost amounts reflected in the sworn statements submitted by the contractor had actually been incurred for work completed by the contractor and subcontractors. Provided a report of our findings and provided expert testimony at arbitration.

> Retained to analyze lost profits claim on behalf of our client, a provider of banking and payment services to medical and recreational cannabis dispensaries and suppliers. Analysis included the determination of existing cannabis wholesale and retail markets in Michigan and Illinois and long-term potential growth trends to support and quantify future lost profit damages.

> Reviewed and analyzed claims of increased costs by our client, a national pizza chain, related to the cancellation of a planned national advertising program based on a "scratch and win" game. Analysis included identifying and calculating additional costs incurred as a direct result of the game cancellation as well as costs incurred in development of the game which resulted in no direct economic benefit to our client.

> In an antitrust matter, performed analysis to rebut claims of below cost pricing on sales made to a major home improvement retail chain. Analysis included the examination of contract selling prices and incremental costs on the accused products and an allocation of one-time rebates and advertising allowances provided to the retailer.

## Mutual Funds and Securities Disputes

> Prepared analysis on trading activities by a mutual fund company executive accused of market timing and other improper trading activity in international and small cap mutual funds. Analysis was performed using daily transactional data for a five-year period on several accounts controlled by the executive. The data was analyzed to identify trading patterns, holding days in equity funds and trading gains and losses realized through longer term holding periods.

> Analyzed a hedge fund company's investment experience in detail to determine the historical return achieved from its investments in mutual funds. Reviewed and analyzed daily trading positions for the hedge fund between money market accounts and equity-oriented mutual funds, confirmed and reconstructed historical trading data, computed daily, monthly and annual returns for the hedge fund from its mutual fund investments and compared the hedge fund's returns to market indexes. We also identified and summarized academic studies addressing excess returns available from actively trading no-load mutual funds based upon movements in the domestic market and other variables.

## Certifications & Memberships

American Institute of Certified Public Accountants
Michigan Association of Certified Public Accountants
National Association of Certified Valuators and Analysts

## Speaking Engagements

Michigan Association of Certified Public Accountants Litigation and Business Valuation Conference, June 2004,
*"Damages Issues in Patent Infringement Matters".*

## Education

1995 Bachelor of Science, Accounting – Oakland University - Rochester, MI



A Davies Company

## Summary of Expert Testimony

> Lynch Road Industrial, LLC v. Axle of Dearborn, Inc. d/b/a, Detroit Axle, State of Michigan, 3rd Judicial Circuit Court (Expert Report and Deposition testimony), 2024

> Flipsi, Ltd. v. TOMY International, Inc., U.S. District Court, Northern District of Illinois, Eastern Division (Expert Reports and Deposition testimony), 2024

> Michael Patrick Parrent v. Jeffrey Marvin Roggenbuck, et.al., State of Michigan, Circuit Court for the County of Wayne (Expert Report and Deposition testimony) 2024

> Richard Sarfoh v. Harold Sullivan, American Arbitration Association, Case No. 01-22-0005-2288 (Expert Report and Arbitration testimony), 2023

> Encompass Pet Group, LLC d/b/a SmartPetLove and Snuggle Pet Products, LLC v. Allstar Products Group, LLC, and Allstar Marketing Group, LLC, U.S. District Court, Eastern District of Michigan, Southern Division (Expert Reports and Deposition testimony), 2023

> Triage Logic Management & Consulting, LLC v. PQCTech, LLC, et. al., U.S. District Court, Western District of Missouri, Western Division (Expert Report and Deposition testimony), 2023

> Stephanie Campbell v. Gannett Company, Inc., et.al., U.S. District Court, Western District of Missouri, (Expert Report and Deposition testimony), 2022

> Sportspower, Ltd. v. Crowntec Fitness Mfg. Ltd., U.S. District Court, Eastern District of Texas, Sherman Division (Expert Report and Deposition testimony), 2021

> Assessment Technologies Institute, LLC v. Cathy Parkes, U.S. District Court, District of Kansas (Expert Report and Deposition testimony), 2021

> 955 S. Monroe, LLC and Anthony E. Porter v. D&R Maintenance Management, Inc. and Jason M. D'Herin, 38th Circuit Court, Monroe, MI (Expert Report and Arbitration testimony), 2020

> Sportspower, Ltd. v. Crowntec Fitness Mfg. Ltd., U.S. District Court, Central District of California (Expert Report and Deposition testimony), 2019

> Hain Blueprint, Inc., v. Blueprint Coffee, LLC, U.S. District Court, Eastern District of Missouri, Eastern Division (Expert Report and Deposition testimony), 2018

> Star Chrysler, Inc. (d/b/a Bill Kay's Naperville Chrysler) v. Chrysler Group LLC, AAA No. 51-532-000113-10 (Arbitration testimony), 2010

> Ogden Chrysler, Inc. (d/b/a Bill Kay's Chrysler of Downers Grove) v. Chrysler Group LLC, AAA No. 51-532-000114-10 (Arbitration testimony), 2010

> Magnadyne Corporation v. Best Buy Co., Inc. and Ever Win International Corporation, U.S. District Court, Central District of California (Expert Report and Deposition testimony), 2010

> Martin Gubb v. P&M Services, Inc., U.S. District Court, Eastern District of Michigan, Southern Division (Expert Report, Deposition and Trial testimony), 2007

> Q.C. Onics Ventures, LP v. Johnson Controls, Inc., U.S. District Court, Northern District of Indiana, Fort Wayne Division (Expert report and Deposition testimony), 2005

# Bates Log

| Bates # | Date | Log I.D. | Doc Description |
|---|---|---|---|
| 1-235 | 11/8/24 | KAR | ASI Financial Statements 2017-2024 |
| 236-238 | 11/8/24 | KAR | ASI Financial P&L's Produced to CPL 2021-2024 |
| 239-1409 | 11/8/24 | KAR | ASI Topics and Contents of Initial Disclosures |
| 1410-1411 | 11/8/24 | KAR | Employment Agreement Redacted |
| 1412-1417 | 11/8/24 | KAR | Noel Browning Resume |
| 1418 | 11/8/24 | KAR | Sila D. Sims Resume |
| 1419 | 11/8/24 | KAR | Sila D. Sims 2020 Resume |
| 1420 | 11/8/24 | KAR | Silas D. Sims Computer Properties Details of Resume |
| 1421 | 11/8/24 | KAR | ASI Letter to D.A. |
| 1422-1552 | 11/13/24 | KAR | CPL Invoices, Corporate and Tax Documents |
| 1553-1590 | 11/13/24 | KAR | CPL Financial Statements PL & Balance Sheets 2021-2024 |
| 1591-2212 | 11/13/24 | KAR | CPL Second Supplemental Responses (600 Invoices) |
| 2213-2505 | 11/18/24 | KAR | ASI QuickBase Contact List |
| 2506-2571 | 11/18/24 | KAR | ASI QuickBooks Client List |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

19

| NOTES |
|---|
| Uploaded directly to MDD via link provided. |
| Delivered on USB flashdrive to KF 10/17/2024, Uploaded directly to MDD via link provided 11/8/2024 |
| Delivered on USB flashdrive to KF 05/14/2024 |
| Employee name removed |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| ASI Full Back-up Customer Contact (Includes Access Database) |
| ASI Current Client List Active (within the last two years) |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

20

| Range | Detailed Description | Action Performed |
|---|---|---|
| 1-235 | 1 and 2 Quarter of 2024 | Uploaded via link |
| 236-238 | 1 and 2 Quarter of 2024 | Uploaded via link |
| 239-1409 | | |
| 1410-1411 | | |
| 1412-1417 | | |
| 1418 | | |
| 1419 | | |
| 1420 | | |
| 1421 | | |
| 1422-1552 | | Uploaded via link |
| 1553-1590 | | Uploaded via link |
| 1591-2212 | | Uploaded via link |
| 2213-2505 | 1-293 Pages | |
| 2506-2571 | 1-66 Pages | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Bates Label Stipulation**

**Subject:** ASI v. CPL et. Al. _ Agreeable Bates labely discussed 11.7.2024
**Date:** Friday, November 8, 2024 at 16:48:04 Mountain Standard Time
**From:** John Schmitz
**To:** Ken Falkenstein
**CC:** Stanley Thorne, Patrick Canty, Osh Skaff

Ken,

This email is to confirm our mutual agreement about the Bates numbering protocols we discussed in our telephonic meet and confer between you, me, and Thorne yesterday, November 7, 2024.

We agreed that ASI will use numbers *seriatim* starting with 1 though whatever number is necessary. Likewise, all Defendants will collectively une numbers *seriatim* starting with 1 through whatever is necessary. (i.e. each Defendant will not use a separate numerical range.).

We agreed that for each of the documents you have already produced to ASI, the "CPL" ahead of the Bates number denotes a document related to all Defendants collectively. The same will be true going forward for each document identified by "CPL" ahead of the Bates number.

We prefer that for each document you produce to ASI with "LLC" ahead of the Bates number, the "LLC" denotes a document related to only Defendant Colorado Pond and Lake, LLC.

This approach allows us to avoid renumbering the "CPL" documents you have already produced.

We prefer that for each document you produce to ASI with "SDS" ahead of the Bates number, the "SDS" denotes a document related to only Defendant Silas D. Sims.

We prefer that for each document you produce to ASI with "P-H" ahead of the Bates number, the "P-H" denotes a document related to only Defendant Philip Hirshman.

We prefer that for each document you produce to ASI with "N-B" ahead of the Bates number, the "N-B" denotes a document related to only Defendant Noel Browning.

Please reply to confirm these protocols are agreeable with you.

Best,

John P. Schmitz, Esq.

23                                                                          1 of 2

Licensed in CO & CA
www.schmitzlegal.com
john@schmitzlegal.com


LAW OFFICES OF JOHN P. SCHMITZ, P.C.
1001 Bannock Street
Suite #426
Denver, CO 80204
Telephone: 303.219.9430
Facsimile: 1.866.903.0052


-Attorney Client Privileged-

All Client(s)' legal rights and privileges are not waived and are expressly hereby
reserved.  All rights and privileges are cumulative and not exclusive.

Any settlement offer contained in this email is made pursuant to FRE 408 or its state
law equivalent.

Pursuant to the rules of professional conduct set forth in Circular 230, as
promulgated by the United States Department of the Treasury, nothing contained in
this communication was intended or written to be used by any taxpayer for the
purpose of avoiding penalties that may be imposed on the taxpayer by the Internal
Revenue Service, and it cannot be used by any taxpayer for such purpose.  No one,
without our express prior written permission, may use or refer to any tax advice in
this communication in promoting, marketing, or recommending a partnership or other
entity, investment plan or arrangement to any other party.

24

Thursday, July 31, 2025 at 9:50:17 AM Mountain Daylight Time

---

**Subject:** RE: ASI v. CPL et. Al. _ Agreeable Bates labely discussed 11.7.2024
**Date:** Tuesday, November 12, 2024 at 13:50:55 Mountain Standard Time
**From:** Ken Falkenstein
**To:** John Schmitz
**CC:** Stanley Thorne, Patrick Canty, Osh Skaff
**Attachments:** image001.png, image002.png

Not to be nitpicky, but we agreed that for the human defendants, we would use their last names. So, for example, anything we produce for Phil Hirshman alone will be labeled "Hirshman 1" and so on. It's just easier for us to remember. I agree with the rest of your message. Please respond and let me know if this is agreeable as well.

Best regards,

**Ken Falkenstein**
**Attorney**

IRWIN FRALEY, PLLC
6377 S. Revere Parkway, Suite 400
Centennial, Colorado 80111 USA
303-999-9000 Tel
303-999-9001 Fax

www.ColoradoLawyers.com




AV-rated since 2013

"Before you criticize a man, walk a mile in his shoes. That way, when you do criticize him, you'll be a mile away and have his shoes."

— Steve Martin

NOTICE OF CONFIDENTIALITY AND PRIVILEGE:

The information contained in this email, and any attachments, are confidential, protected under the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, and may also be protected by attorney-client and/or attorney work-product privileges. If the reader of this communication is not the intended recipient, an employee, or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney-client or other privilege. Thank you.